## STATE OF CONNECTICUT *v.* MICHAEL MARSALA

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 84 (AC 15040), is denied.

*Jonathan Demirjian*, assistant public defender, in support of the petition.

*Christopher T. Godialis*, deputy assistant state's attorney, in opposition.

Decided March 5, 1997

## STATE OF CONNECTICUT *v.* GREGORY MCCLAM

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 198 (AC 15604), is denied.

*Suzanne Zitser*, assistant public defender, in support of the petition.

*Rita M. Shair*, assistant state's attorney, in opposition.

Decided March 5, 1997